FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2014 JAN 22 PM 1:57


JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.

JAMES GRANT

CASE NO. 3:14-cr-7-J-39-JBT
Ct. 1:   21 U.S.C. § 856(a)
Ct. 2:   21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C)
Forfeiture:  21 U.S.C. § 853

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

Between in or about September 2012 through on or about January 2014, in Columbia County, in the Middle District of Florida, and elsewhere,

JAMES GRANT,

the defendant herein, did knowingly open, lease, rent, use and maintain a place, whether permanently or temporarily, for the purpose of distributing, and using any controlled substance, that is cocaine base, commonly known as "crack" cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 856(a).

## COUNT TWO

On or about January 13, 2014, in Columbia County, in the Middle District of Florida,

JAMES GRANT,

the defendant herein, did knowingly possess with intent to distribute cocaine base, more commonly known as "crack" cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## FORFEITURE

1. The allegations contained in Count One and Two of this Indictment are incorporated by reference for the purpose of alleging forfeiture under Title 21, United States Code, Section 853.

2. Upon conviction of a violation of Title 21, United States Code, Sections 856 and/or 841, the defendant shall forfeit to the United States of America, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

3. If any of the property described above, as a result of any act or omission of the defendant:

      a.    cannot be located upon the exercise of due diligence;

      b.    has been transferred or sold to, or deposited with, a third party;

      c.    has been placed beyond the jurisdiction of the court;

      d.    has been substantially diminished in value; or

      e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under Title 21, United States Code, Section 853(p).

A TRUE BILL,

_____
Foreperson

A. LEE BENTLEY, III
Acting United States Attorney

By: _____
MALISA R. CHOKSHI
Assistant United States Attorney

By: _____
MAC D. HEAVENER, III
Assistant United States Attorney
Deputy Chief, Jacksonville Division

# UNITED STATES DISTRICT COURT
Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

JAMES GRANT

## INDICTMENT

Violations:

Ct. 1:    21 U.S.C. § 856(a)
Ct. 2:    21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C)

A true bill,

_____
Foreperson

Filed in open court this 22nd day

of January, 2014.

_____
Clerk

Bail   $_____

GPO 863 525